IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRESCENT ELECTRIC SUPPLY COMPANY,

     Plaintiff,

                               Case No. 18-cv-1029-jdp

   v.

CARLSON + GREEN CIRCUIT LLC,

     Defendant.

## CONSENT DECREE AND JUDGMENT

Subject to the Stipulation of the Parties, executed by Plaintiff, Crescent Electric Supply Company ("CESCO"), and Defendant, Carlson+Green Circuit LLC ("Carlson+"), it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Court has jurisdiction over the parties to this Order and the subject matter of this action and is empowered to provide the relief herein.

2. CESCO and Carlson+ have entered into a Settlement Agreement, dated April 29, 2019, resolving this action. The terms of the Settlement Agreement are incorporated by reference herein.

3. Pursuant to the Parties' Settlement Agreement, judgment is entered in favor of CESCO and against Carlson+ in the amount of $342,939.71, without costs awarded to either party, with interest to accrue, post-judgment, at 5% per annum.

4. By consent of the Parties, the Court shall retain jurisdiction over this action for the purpose of enforcing the terms of this Order and the terms of the Parties' Settlement Agreement.

This is a final judgment.

Approved as to form this _____11 ᵗʰ_____ day of _____ᴊᴜɴᴇ_____, 20_19_.

_____
James D. Peterson
District Judge

_____          ___6/11/19_____
Peter Oppeneer                                                Date
Clerk of Court